

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00696-CV

Patricia **SEPULVEDA**,
Appellant

v.

**WILMINGTON SAVINGS FUND SOCIETY, FSB**, Not In Its Individual Capacity But Solely
As Owner Trustee for Cascade Funding Mortgage Trust HB10,
Appellees

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2024CV01932
Honorable Cesar Garcia, Judge Presiding

BEFORE JUSTICE SPEARS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR
WANT OF PROSECUTION. No costs of appeal are taxed against Appellant Patricia Sepulveda.

SIGNED April 16, 2025.

_____
Adrian A. Spears II, Justice